UNITED STATES DISTRICT COURT
DISTRICT of the NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL VILLANUEVA ADA,<br>a/k/a/ "PAUL MADUK,"<br><br>Defendant. | Case No.: 07 - 00022<br><br>WAIVER OF INDICTMENT<br><br>FILED<br>Clerk<br>District Court<br><br>JUN 29 2007<br><br>For The Northern Mariana Islands<br>By _____<br>(Deputy Clerk) |

I, PAUL VILLANUEVA ADA, a/k/a/ "PAUL MADUK," understand that I am being accused of Possession With the Intent to Distribute a Controlled Substance, that is, d-methamphetamine hydrochloride in the form commonly known as "ice" in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). I have also been advised that this charge is a felony offense and that the Fifth Amendment to the Constitution of the United States provides that no such charge may be filed unless first presented to, considered by, and voted upon by a grand jury. Having been so advised and after consulting with my counsel, I hereby knowingly, voluntarily, and intelligently waive my right to have the charge against me presented to the grand jury. I also knowingly, voluntarily, and intelligently consent to the filing of and proceeding upon an Information setting forth the charge against me in this case on this 29 day of June, 2007.

_____
PAUL VILLANUEVA ADA
Defendant

_____
F. MATTHEW SMITH
Counsel for Defendant

6-29-07
Date

6-29-07
Date