FILED
Clerk
District Court

JUN 29 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>PAUL VILLANUEVA ADA,<br>a/k/a "PAUL MADUK,"<br><br>  Defendant. | Case No.: 07-00022<br><br>**ORDER ACCEPTING**<br>**DEFENDANT'S WAIVER**<br>**OF INDICTMENT** |

Upon consideration of the representations in open court by Defendant, PAUL VILLANUEVA ADA, a/k/a "PAUL MADUK," the representations of his counsel, and the defendant's execution of a written waiver of presentation of this matter to a grand jury for its consideration, the Court hereby finds that Defendant's waiver of his right to have the matter presented to the grand jury is knowing, voluntary, and intelligent and it is

ORDERED that the waiver be accepted, and it is further

ORDERED that the clerk of the Court accept for filing of and further proceedings upon the Information submitted by the government.

___JUN 29 2007___
Date

_/s/ Alex R. Munson_
ALEX R. MUNSON
United States District Court Judge