UNITED STATES DISTRICT COURT
DISTRICT of the NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL VILLANUEVA ADA,<br>a/k/a/ "PAUL MADUK,"<br><br>Defendant. | Case No.: 07 – 00022<br><br>INFORMATION<br><br>Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br><br>Possession With The Intent To Distribute a Controlled Substance (Count 1) |

The Office of the United States Attorney alleges that:

**FILED**
Clerk
District Court

JUN 2 9 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**COUNT 1**
(Possession With the Intent to
Distribute a Controlled Substance)

On or about April 13, 2007, within the District of the Northern Mariana Islands, Defendant PAUL VILLANUEVA ADA, a/k/a/ "PAUL MADUK," knowingly and intentionally possessed with the intent to distribute a controlled substance, that is, a quantity of d-methamphetamine hydrochloride in the form commonly known as "ice," in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C).

DATED this ___ day of _____, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

_____
CRAIG N. MOORE
Assistant United States Attorney