FILED
Clerk
District Court

OCT - 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT of the NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, | Case No.: 07 - 00005-01 |
| Plaintiff, | 07 - 00022-01 |
| v. | MOTION TO SEAL AND PROPOSED ORDER |
| PAUL VILLANUEVA ADA, a/k/a PAUL MADUK, | Sentencing Date: October 9, 2007 Time: 10:00 a.m. Judge: Hon. Alex R. Munson |
| Defendant. | |

The United States wishes to file with the Court a memorandum in aid of sentencing. Based on its content, the government submits that it is appropriate to file the memorandum under seal. The government's proposed submission is appended for the Court's review. The government asks that its Memorandum be placed under seal. A proposed order is attached.

Respectfully Submitted,

LEONARDO M. RAPADAS
United States Attorney
District of Guam and CNMI

_____
CRAIG N. MOORE
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT of the NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PAUL VILLANUEVA ADA,<br>　a/k/a PAUL MADUK,<br><br>　　　　　Defendant. | Case No.: 07 - 00005-01<br>　　　　　07 - 00022-01<br><br>**ORDER**<br><br>Sentencing<br>Date:　　October 9, 2007<br>Time:　　10:00 a.m.<br>Judge:　　Hon. Alex R. Munson |

Upon consideration of the government's motion to file under seal a memorandum in aid of sentencing in this case and upon review of the contents of that submission, the Court finds that the interests of justice are best served by placing the entire submission under seal and it is therefore

ORDERED that the government's motion to seal should be and hereby is granted; and it is further

ORDERED that the government's memorandum in aid of sentencing along with any and all related documents be filed under seal; and it is further

ORDERED that all such material shall remain under seal except upon and until further order of this Court.

_____
ALEX R. MUNSON
United States District Court Judge

_____
Date

1